UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 7, 2014

MEMO TO COUNSEL RE:   Antoinette Swiec v. Haven Kodeck
Civil No. JFM-13-3287

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to dismiss or for summary judgment.

The circumstances surrounding the termination of plaintiff's employment seems somewhat unusual to me. I believe that discovery should be conducted to establish a factual record concerning what occurred. Accordingly, defendants' motion (document 9 is denied).

A conference call will be held on   August 21, 2014  at  4:30     p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge