# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTOINETTE E. SWIEC       *

                                   *

                                   *

      v.                               *       Civil No. – JFM-13-3287

                                   *

HAVEN KODECK, ET AL.      *

                                   ******

## MEMORANDUM

Plaintiff has brought this action for employment discrimination.  Discovery has been completed, and defendants have filed a motion for summary judgment.  The motion will be granted for the following reasons.

1. Defendants were not the persons responsible for terminating plaintiff's employment as an office manager within the office of the State's Attorney for Baltimore City.  The decision maker was the State's Attorney.

2.  The State's Attorney's alleged refusal to transfer plaintiff's position raises some doubt about the propriety of the decision to terminate her employment.  However, the State's Attorney had reason to believe that a judge on the Circuit Court for Baltimore City had expressed concern about plaintiff contacting his chambers to get her nephew off the jury, and maintaining a good relationship between the State's Attorney's  office and the judge provided a non-pretextual action from the action taken by the State's Attorney.

A separate order granting defendants' motion for summary judgment is being entered herewith.


Date:   November 9, 2015        _____/s/_____

                                     J. Frederick Motz

                                     United States District Judge